Gregory C. Tollefson, ISB #5643
*gctollefson@stoel.com*
Samia E. McCall, ISB No. 7284
*semccall@stoel.com*
**STOEL RIVES** LLP
101 S. Capitol Boulevard, Suite 1900
Boise, ID  83702-5958
Telephone:  (208) 389-9000
Facsimile:  (208) 389-9040

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| JAMES H. HORN,<br><br>                    Plaintiff,<br><br>          v.<br><br>ST. LUKE'S REGIONAL MEDICAL<br>CENTER, LTD,<br><br>                    Defendant. | Case No.<br><br>**NOTICE OF REMOVAL** |

**NOTICE OF REMOVAL -** 1

BOISE-196938.1 0041081-00020

Defendant St. Luke's Regional Medical Center, Ltd., ("Defendant" or "St. Luke's"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, serves notice of removal of this cause from the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, and respectfully shows as follows:

1.  Plaintiff's Complaint and Demand for Jury Trial was filed on April 25, 2006 in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, and captioned as Case No. CV OC 0607582.

2.  Plaintiff served a copy of the Complaint on Defendant on June 23, 2006.

3.  Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81.1, Defendant has attached as Exhibit "A," to the Affidavit of Gregory C. Tollefson, all the state court process, pleadings, and orders served upon them, as well as a copy of the docket sheet.  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant of the Complaint.  Pursuant to 28 U.S.C. § 1446(d), Defendant has served a copy of this Notice on Plaintiffs and on the Clerk of the District Court of the Fourth Judicial District for the State of Idaho, in and for the County of Ada.

4.  This action is a civil action of which this Court has federal question jurisdiction under 29 USC § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 USC § 1441(b)-(c) because it is a civil action alleging disability discrimination under the Americans with Disabilities Act, 42 USC § 12101, et seq. and state law. This Court has supplemental jurisdiction over Plaintiff's state law disability and other state law claims under 28 USC § 1367(a).

5.  St. Luke's is the only cognizable defendant named or served in this action; no other party need join in this Notice of Removal.

**NOTICE OF REMOVAL - 2**

BOISE-196938.1 0041081-00020

6.   The United States District Court for the District of Idaho is the appropriate court for

filing a Notice of Removal from the Fourth Judicial District of the State of Idaho, where the

action is pending.

WHEREFORE, because this case is based upon a federal question, Defendant respectfully

requests this Court to assume full jurisdiction over this action as provided by law.

DATED this _6th_ day of July, 2006.

                                    STOEL RIVES LLP


                                    _____
                                    Gregory C. Tollefson
                                    Samia E. McCall
                                    Attorneys for Defendant


**NOTICE OF REMOVAL - 3**

### CERTIFICATE OF SERVICE

I hereby certify that on July **6**, 2006, I served a copy of the foregoing **NOTICE OF**

**REMOVAL** on non-CM/ECF Registered Participants as follows:

James H. Horn                              [ ] Via Facsimile
208 Flume                                  [ ] Via Electronic Mail
Boise, Idaho  83712                        [X] Via U.S. Mail
*Pro Se*                                   [ ] Via Hand Delivery


_____
Gregory C. Tollefson

**NOTICE OF REMOVAL - 4**

BOISE-196938.1 0041081-00020